# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

## CIVIL RIGHTS COMPLAINT FORM

PhilliP DauGHTRY #K53079
Plaintiff PRO SE

CASE NUMBER: 3:09-CV-67-32JRK
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

SGt. KENt

c/o. Bullard . J.

c/o. Tina wheeleR

NURSE FoRSyth . A.

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

Defend an (S) EtAl.
ARe Sued in their individual caPacities and maleicous conduct (B.) Defendant(s) are sued individual caPacities in individually. (C.) Plaintiff seeks declaratory Judgment inJunctive Relief and comPensatory and Punitive damage AS Relief (D.) Request tRial by JuRy.

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.    PLACE OF PRESENT CONFINEMENT: union CoRRectional
        (Indicate the name and location)

institution 7819 n.w. 228th Street RaifoRd, Florida 32026

II.   DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes (✓) No ( )

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

Enter full name of Each Defendant.

NURSE ELLse PaYne

Clo. Walden

waRdeN. Micheal Hicks

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

  1. Informal Grievance (Form DC3-005)
  2. Formal Grievance (Form DC1-303)
  3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

  1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes (√) No ( )

  2. If so, you must attach a copy of the grievance and response to this Complaint form.

  3. Were you denied emergency status? Yes ( ) No (√)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    Informal Grievance (Request for Interview)

1. Did you submit an informal grievance (Form DC3-005)? Yes (  ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C.   Formal Grievance (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes (✓) No (  )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes (✓) No (  )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.   Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes (✓) No (  )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2 _____.

_____
Signature of Plaintiff

III.    DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY? Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A.    Is there a grievance procedure at your institution or jail? Yes ( ) No ( )

B.    Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No ( )

C.    If your answer is YES:

1.    What steps did you take? _____"Not Applicable."_____

_____

2.    What were the results? _____

_____

3.    To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D.    If your answer is NO, explain why not: _____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _____ day of _____, 2 _____.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                    4

IV.    PREVIOUS LAWSUITS:

A.   Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts
     involved in this action or otherwise relating to your imprisonment or conditions thereof?
     Yes ( ) No (✓)

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts
     involved in this action or otherwise relating to your imprisonment or conditions thereof?
     Yes ( ) No (✓)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided
     below. If there is more than one lawsuit, describe all additional lawsuits on a separate
     piece of paper, using the same format as below.

     1.   Parties to previous lawsuit:

          Plaintiff(s): _____"Not Applicable"_____

          _____

          Defendant(s): _____

          _____

     2.   Court (if federal court, name the district; if state court, name the county):

          _____

     3.   Docket Number: _____

     4.   Name of judge: _____

     5.   Briefly describe the facts and basis of the lawsuit: _____

          _____

          _____

     6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

          _____

          _____

     7.   Approximate filing date: _____

     8.   Approximate disposition date: _____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been
     dismissed as frivolous, malicious or for failure to state a claim upon which relief may be
     granted? If so, identify theses suits below by providing the case number, the style, and
     the disposition of each case:

_____

_____

_____

_____

V.    **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff:   PhiLLiP DauGHTRY # K53079

Mailing address: union coRRECtionaL institution 7819

n.w. 228th stReet Raiford, Florida 32026

B.  Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **<u>full name</u>** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant:       KERt (First name unknown)

Mailing Address: union correctionaL institution 7819 n.w.

228th street RaiFoRd, Florida 32026

Position:          SeRGEANt

Employed at:    union Correctional institution

D.  Defendant:     BuLLaRd (First name unknown)

Mailing Address: union correctional institution 7819 n.w.

228th stReet Raiford, ELoRida 32026

Position:      Correctional oFFiceR

Employed at:    union correctional institution

DC 225 (Rev. 9/03)                    6

E. Defendant: Tina wheeLeR

Mailing Address: union correctional institution 7819 n.w.
228th Street RaifoRd FLoRida 32026

Position: CoRRectional officeR

Employed at: union correctional institution

F. Defendant: NuRse ForSyth (First name unknown)

Mailing Address: union correctional institution 7819 n.w. 228th
Street Raiford, FLoRida 32026

Position: NuRse

Employed at: union correctional institution

G. Defendant: ELise PaYne

Mailing Address: union correctional institution 7819 n.w.
228th Street Raiford, FLoRida 32026

Position: NuRse

Employed at: union correctional institution

H. Defendant: walden (First name unknown)
mailing Address: union Correctional Institution 7819 n.w. 228th
street Raiford, Florida 32026

Position: Correctional Officer

Employed at: union correctional institution


I. Defendant: micheal Hicks
mailing address: union correctional institution 7819 n.w. 228th
street Raiford, Florida 32026

Position: WARden

Employed at: union correctional institution

9-A

VI.  <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

SGt. Kent Violated Plaintiff 8th and Part 13th and 14th Constitutional Rights of Plaintiff and Committed Assault and battery under State Law Against Plaintiff under 775.803-4, 944.35 and 768.28 Florida statute.

(Continue ON 8-A)

VII. <u>STATEMENT OF FACTS</u>: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. <u>Do not make any legal arguments or cite any cases or statutes.</u> State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)).

upon information and belief defendant(s) ARe correctional officer(s) and nurse(s) At union correctional institution. Plaintiff was in a mental transition care unit PROGRam foR MuLtiPLe mental Illnesses.

on may 27.2008 in victoR doRmitoRY quad #2 ARound 1:08 P.m. SGt. Kent and c/o BuLLaRd came to my CeLL V2-214 telling me I

## Continue Statement of Claim

C/o Bullard violated Plaintiff 8th and Part 13th and 14th constitutional Rights of Plaintiff and Committed Assault and battery under state law Against Plaintiff under 775.803-4, 944.35 and 768.28 Florida statute. And violated D-O-C own Rules (see) 33-208.002(8). And 33-208.003(24).

(1.) The actions of defendant Kent in using Physical force Against Plaintiff without need or Provocation or Justification whiles Plaintiff was Restrained was done with maliciously and sadistically an intent to injury Plaintiff and cause harm and constituted cruel and unusual Punishment in violation of the 8th Amend to the U.S. Constitution And 13th and Part 14th.

continue Statement of claim

(2.)  The Actions of defendant Bullard in using Physical Force Against Plaintiff with out need or Provocation or Justification whiles Plaintiff was Restrained was done malic- iously and sadistically an intent to injury Plaintiff and cause harm and constituted Cruel and unusual Punishment in violation of the 8th Amend to the U.S. Constitution and 13th and Part 14th.

(3.)  c/o Tina wheeler Violated Plaintiff 8th and 14th Constitution to the U.S. constitutions and Committed Assault and battery under 775.803-4

continue Statement of Claim

---

(4.)  Clo Walden Violated Plaintiff 1st 8th and Part 13th and 14th Constitution BY Failing to interRvene the misconduct of his follower officers BY carRying out his officers malicious and Sadistic misconduct with intent to cause harm to Plaintiff which violated 944.35 768.28 F.S. and D.O.C. Rule under 33-208.002(8) Act in bad faith GRoss Negligence by constantly denying Plaintiff his fundamental Rights to Receive his meals under coloR of State Law.

(5.)  The actions of defendant mR. Hicks in using Excessive Physical foRce uPon Plaintiff without need oR unPRovoked Violated Plaintiff Rights under the 8th Amend of u.s. constitution Acted with malicious and Sadistic in an effort to injuRy Plaintiff. and constituted the toRt of Assault and battery with Negligence under 768.28 and 944.35  775.803-4  fla. Statutes.

8-C

continue Statement of claim

_____

(6.)  The defendant(s) Actions violated plaintiff Right to (Equal Protections) in violation of plaintiff 14th Amend Rights when used Excessive Force Against plaintiff deliberately with disregard and GROSS Sadistic and malicious intent to cause harm to plaintiff.

(7.)  Defendant(s) actions were outside of their Each Employment and in violation of the defendant(s) own Rule, policy while Acting outside the scope of their Each Employment Are (Sued Each in their) individual capacity individually.

(8.)  Nurse Forsyth violated plaintiff 8th and 14th Constitution to the U.S. constitutions and committed Assault and Battery under 775.803-4 and act in bad faith GROSS negligence under 944.35  768.28 E.S. by

8-D

Continue Statement of Claim

---

Failing to document all Plaintiff injuries and violated D.O.C. own Rule under chapter 33-208.002(8) by nurse Forsyth failed to properly examining Plaintiff and document all sustained injuries constitute deliberately medical indifference.

(9.) Nurse Payne violated Plaintiff 8th and 14th Constitution to the U.S. Constitutions and committed assault and battery under 775.803-4 and act in bad faith Gross negligence under 944.35 768.28 F.S. by failing to document all injuries and violated D.O.C. own Rule under chapter 33-208.002(8) by nurse Payne failed to properly examining Plaintiff and document all sustained injuries constitute deliberately medical indifference.

Statement of Facts, continued:

was moving to another cell right on the same wing. The cameras will show sgt. Kent and c/o Bullard cuffed me behind back and put shackles on me. As I exit my cell V2-214 I followed all orders given without causing no problems as I made it to the bottom floor. Sgt. Kent told me "fuck boy drop all the property that shit you wont be needing it because your about to get your ass beat." I had drop my property as I was told by sgt. Kent. I followed sgt. Kent orders and continue to walk to my new cell V2-106 in a blind spot on the wing where video cameras on the wall can not see inside the cell.

As I went to kneel down on the bunk to have restraints removed. c/o Bullard in cell with me had assaulted me by using excessive force by punching me like (10) times with a closed fist in my face and head plus calling me a nigger and at the same time c/o Bullard

## Statement of facts, continued:

making verbal threats to kill me for dir,
his girlfriend officer tina wheeler wrote
against me on may 26.2008. SGt. kent Standing
at cell door V2-106. while Im in Restraints
Still cuffed behind my back with Shackles
on me. C/o Bullard used Excessive force
on me by throwing me from the bunk in-
to the concrete floor causing me to leak
heavy blood from my face and head. Then
SGt.kent came inside my cell V2-106 Physical●
Assaulting me by using Excessive force by
Punching and kicking me Numerous time in
my head and face causing more heavy blood
to leak from my head and face. Then c/o
Bullard Ram my head and face into the
concrete wall and floor Causing more heavy

## Statement of facts, Continued:

blood to Leak from my head and face. I
went near un-conscious until C/o Bullard
Started Poking his fingers in and out both
of my eyes and both of my eyes felt Like
they was coming out of the Socket. C/o Bullard
Pull my Pants down and stuck something
in and out my Rectum causing blood to
come out of my Rectum. I was CRYing and
Screaming for heLP! when other inmates
on wing began to Kick and bang on the
doors screaming and yelling with Loud voices
Saying "Stop Jumping on that man."
SGt. Kent and C/o Bullard then GRabbed me
by my Shoulder Snatching me out of cell
V2-106 taking me to V-dormitory medical
holding Cell. on May 27.2008 in wing # 2

9 – B

## Statement of fact continued:

the cameras will show SGt. Kent and C/o Bullard
EscoRting me off wing with blood Leaking from
my head and face all oveR my clothes to
the GRound.

SGt. Kent and C/o Bullard used Excessive Physical
FoRce against me with out need oR PRovocation
oR Justification while I was RestRained was
done with maliciously and Sadistically an
intent to inJuRy me and cause haRm and
constituted cRuel and unusal Punishment in
Violation of the 8th Amendment to the u.s.
Constitution and PaRt 13th and 14th Constit-
utions. SGt. Kent and C/o Bullard used
Physical foRce against me without need oR
PRovocation constituted the toRts of Assault
-

<u>Statement of facts Continued:</u>

and battery under 775.803-4 Fla. Statute and they violated their own Rules see... 33-208.002 (8)  33-208.003 (24) and they wrote falsified Reports to cover up their mis-Conduct which violated 33-208.002(19) Policy and I want the video cameras to be Preserved for Physical Evidence Accordance 33-601.304 (F) and 33-602.033.(4)(10)(12) Sections.
I need to see the Inspector General Con-cerning this knowing intentionally viola-tion of my fundamental Rights under the U.S. Constitutionality.

See... Exhibit - A - Sworn Affidavit(s) of two witnesses: (1.) Dealmos Johnson # 791891 (2.) Larry merrits.(3.) Seda Willard J.#368926

9-D

## Statement of Facts Continued:

On May 26, 2008 in Victor Dormitory C/o tina Wheeler falsified documents Stating I was masterbating at her from my Cell V2-214. The next day on May 27, 2008 in V-Dormitory C/o wheeler told her Boyfriend C/o Bullard that I was masterbating at her and need to do Something. C/o wheeler Provoked this Assault to take Place on me. without C/o wheeler telling Sgt. Kent and C/o Bullard a Lie I would never been Sexual Assaulted Nor Assaulted. C/o wheeler knew that a Assault had took Place and did not Report it which is a Violation of Section 775.803-4 Florida statute. C/o tina wheeler violated Plaintiff 8th and 14th Constitution to the

9 - E

<u>Statement of facts continued:</u>

u.s. Constitutions and committed Assault and battery under 775.803-4.

Nurse forsyth is a nurse here at union correctional institution. I was seen by nurse forsyth on may 27, 2008 after I was assaulted by Sgt. Kent and c/o Bullard. I told nurse forsyth I was Sexual Assaulted and ass- aulted. Nurse forsyth ignore my complaint of Sexual Assault and Assault. ALL nurse forsyth did was wipe the blood off my wounds and sent me back to my cell untreated. (Review hand held camera) that was Placed on me on may 27. 2008 the hand held camera will

9-F

<u>Statement of Facts Continued:</u>

Show nurse forsyth Refusing to treat me
and denied me medical treatment. nurse
forsyth failed to document all injuries
which I suffer: two swollen closed black
eyes, Both eye balls on inside blood shot
Red, my head, and face was busted opened,
cuts in my face, head, wrist, knees, arm
and ankles. my back was injury and in Pain.
Nurse forsyth knew that A assault took
Place and failed to Report this violation
and she violated my <u>8th</u> and <u>14th</u> Const-
itutions and committed Assault and
battery under 775.803-4 and act in bad
faith <u>Gross negligence</u> under 944.35 and
768.28. F.S. and she violated <u>33-208.002(8)</u>
and <u>Section (19)</u> nurse forsyth failed to
document all injuries I sustained from

<u>Statement of Facts continued:</u>   .

the Assault. heR misconduct was <u>deliberately</u>
<u>medical indifference.</u>

I had signed uP foR inmate sick-call the
following days: may 29, 2008  may 30, 2008  June
5, 2008  June 10, 2008  June 11, 2008  June 12, 2008
June 15, 2008  and June 18, 2008  to be seen
and have all my inJuRies be documented
I was not Pull out oR asked to Go to sick
Call. I didn't Refused to be seen by sick
Call. I was Refused medical Attention and
had to deal with this Physical Pain of
Eyes and head inJuRies, cuts to the head
and face, Ribs contusions, back and sPinal
inJury soRe bones in wRist ankles aRm
and As well as neck, AND RECTum.

9 - H

<u>Statement of facts, Continued:</u>

NuRse PaYne is a nuRse at union CoRRectional Institution. On may 28, 2008 NuRse PaYne came to my cell FRont aRound 1:30 am and I EXPlain to heR that I was sexual Assaulted and assaulted by SGt. Kent and Clo BullaRd. She told me that shes going to do an acessment on me which she did at the cell dooR theRe was No Physical EXamination of my Rectal ARea done. NuRse PaYne did not follow PRotocal and PRoceduRes in EXamining me NoR did she Call heR SUPeRvisoR oR on call DoctoR and ask them what she should do. AfteR nuRse PaYne EXit the wing I cut myself in attemPt to Get some medical Assistance but instead nuRse PaYne called the DoctoR and they Said I was Suicidal. where As she knew I wasnt NuRse PaYne had Put me

9 - ▓ I

## Statement of facts, Continued:

On S.H.O.A. and still Refused me further medical Assistance. Nurse Payne knew that Assault took place and failed to Report this violation and nurse Payne comitted Assault and battery under 775.803-4 and violated my 8th and 14th constitution Rights under deliberately medical indifference and she violated 944.35 and 768.28 E.S. For she act in bad faith GROSS negligence and violated 33-208.002(8).

C/o walden violated Plaintiff 1st 8th and Part 13th and 14th Constitution by failing to intervene the misconduct of his follower officers malicious and Sadistic misconduct with intent

<u>Statement of Facts, continued:</u>

to cause harm to Plaintiff which Violated 944.35 768.28 F.S. and D.o.c. Rule under 33-208.002(8) act in bad faith Gross negligence by constantly Denying Plaintiff his fundamental Rights to Receive his meals under Color of State Law.

mr. Hicks is Liability for his officers misconduct and Retaliations Against me for mr. Hicks was well aware that my Life and safety was in danger in victor dormitory and failed to take Course of actions to have me Removed From v-dorm

9-k

## Statement of facts, Continued:

were I was attack and Retaliated on in 2007. MR. Hicks is guilty Just like his officers that violated my Rights thats secured by the constitution and Laws that why warden MR. Hicks is being Sued in his Liability For failing to curb the Problems After he was aware of the situations in V-dorm.

Im in a mental health institution in (T.C.U.) Program. DR. Martinze and MR. Cummings were over V-dorm mental health unit during the time I was Assaulted and Sexually Assaulted.

9-L

## <u>Statement of facts, continued:</u>

_____

DR. Martinze and MR. Cummings have
Knowledge of me Reporting to them
that I was Assaulted and sexually
Assaulted by SGt. Kent and C/o Bullard
in V-dorm and both officials have
Knowledge of my injuries and MR.
Cummings wrote a incident Report
about this matter. (See... Exhibit
-B- Grievance Log # 0806-213-154.)

VIII.    <u>RELIEF REQUESTED</u>:   State briefly what you want the Court to do for you.  Again, do not make any legal arguments or cite any cases or statutes.

(1.) ORdeR Defendant(s) to coveR the costs of Plaintiff medical needs As A Result FRom the Attack and Pay All couRt Fees and AttoRney Fees. (2.) 150.000. in Damages Against Each defendant and Jointly foR Physical in JuRies (Continue on 10-A)

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this ___22___ day of ___January___, 2009___.

_Phillip Davega_

_____

_____

_____

(Signatures of all Plaintiffs)

State of FLORIDA

County of BRaFoRd

The foReGoing instrument was acknowLedged BeFoRe me this _22nd_ day of _January_ 2009. By

_Phillip Daughtry_____ who is
insert name of Person AcknowLedged

Known to me oR who has Produced _D.o.c. Identification_
state type of identification

As identification and who (Did) (Did Not) Take an oAth.

Randall S. Luffman

_Randall S. Luffman_____    _May 14, 2012_____
NotaRy Public              my Commission EXPiRes

NOTARY PUBLIC-STATE OF FLORIDA
Randall S. Luffman
Commission # DD788469
Expires:   MAY 14, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

<u>Relief Requested continuation</u>

Defendant Kent ARe Sued 100.000. FoR Plaintiff Physical LnJuRies and emotional inJuRies in violation of Plaintiff <u>8th</u> and <u>14th</u> Constitution of the u.s. constitutions ARe Sued in his individual capacities undeR CoLoR of State Law.

Defendant BullaRd ARe Sued 100.000 FoR Plaintiff Physical inJuRies and emotional LnJuRies in violation of Plaintiff <u>8th</u> and <u>14th</u> Constitution of the u.s. constitutions ARe Sued in his individual capacities undeR CoLoR of State Law.

10-A

## RELief  Requested Continuation

Defendant tina wheeLeR ARe Sued 100.000. FoR PLaintiff inJuRies and emotional inJuRies in vioLation of PLaintiff 8th and 14th constitution of the u.s. Constitutions ARe Sued in heR individuaL CaPacities undeR CoLoR of State Law.

c/o walden ARe Sued 100.000. foR PLaintiff Physical and emotional inJuRies in Violation of PLaintiff 1st PaRt 13th and 14th constitutions to the u.s. constitutions By failing to inteRvene ARe Sued in his individuaL CaPacities undeR CoLoR of state Law.

10 - B

## Relief Requested Continuation

Defendant M. Hicks ARe Sued 100.000 FoR Plaintiff Physical inJuRies and emotional inJuRies FoR Failing to CRude the Problems in violation of Plaintiff 1st 8th and 14th Constitution of the U.S. Constitutions ARe sued in his individual caPacities undeR ColoR of state Law.

NuRse A. FoRsyth ARe Sued 100.000. FoR Violating Plaintiff 8th and 14th Constitution FoR Failing to Examining Plaintiff and document ALL Plaintiff inJuRies ARe Sued in heR individual caPacities undeR ColoR of State Law.

10 - C

## Relief Requested Continuation

NURSE ELise PaYne ARe sued 100.000. FoR violating Plaintiff 8th and 14th Constitution FoR Failing to eXamining Plaintiff and document ALL Plaintiff inJuRies ARe sued in heR individual CaPacities undeR CoLoR of State Law.

Defendant(s) ARe sued 150.000. each and Jointly FoR Plaintiff Physical and Emotional inJuRies in damages in theiR CaPacities undeR CoLoR of State Law.

Defendant(s) Act undeR CoLoR of State Law At the time of these violations and Continued to act undeR CoLoR of State Law.

ResPectFully submitted:

Phillip Daughtry

Phillip Daughtry
Dc# K53079
union CoRR. inst.
7819 n.w. 228th St.
RaifoRd ■ FL 32026

10—D