IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHILLIP DAUGHTRY
    DC# K53079
    Plaintiff,

v.                        3:09-cv-67-J-32JRK

SGT. KENT, et al.,
    Defendant(s),
_____/

### AFFIDAVIT OF VICKY CLEMONS

STATE OF FLORIDA
COUNTY OF UNION

    BEFORE ME, the undersigned authority, personally appeared Vicky Clemons, who first after being duly sworn states the following:

    1.    My name is Vicky Clemons and I am competent to testify to the facts stated in this affidavit and I have personal knowledge of these facts. I am employed as a prison inspector with the Department of Corrections.

    2.    Upon the request of Assistant Attorney General Mark Hiers, I have reviewed my investigation case files pertaining to inmate Daughtry's claim of sexual abuse. Because Daughtry's claim was unsubstantiated, the May 27, 2008 wing video was not retained, nor do I have possession of such video.

ANYTHING FURTHER AFFIANT SAYETH NAUGHT.

_____

VICKY CLEMONS
Prison Inspector
Affiant
Sworn to and subscribed before me this 28 day of September, 2009.

_____
Notary Public
Commission No.: DD 553224
My Commission Expires: May 16, 2010
Personally known _____
Produced Identification _____
Type of Identification Produced_____



MICHAELENA LEE-HOWELL
Notary Public - State of Florida
My Commission Expires May 16, 2010
Commission # DD 553224
Bonded By National Notary Assn.

EXHIBIT
F