UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHILLIP DAUGHTRY,

    Plaintiff,

v.      Case No. 3:09-cv-67-J-32JRK

SGT. KENT, et al.,

    Defendants.

### ORDER

Plaintiff's Motion for an Order Compelling Discovery (Doc. #41) is **DENIED**. See Defendants' Response to the Plaintiff's Motion for an Order Compelling Discovery (Doc. #43).

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of March, 2010.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

ps 3/3
c:
Phillip Daughtry
Counsel of Record