```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                    MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

**PHILLIP DAUGHTRY**
**DC# K53079**

**Plaintiff,**

**v.**                                           3:09-cv-67-J-32JRK

**SGT. KENT, et al.,**

**Defendant(s),**
**_____/**

### DEFENDANTS' RESPONSE TO PLAINTIFF'S
### MOTION TO COMPEL ANSWERS TO INTERROGATORIES

The Defendants, by and through undersigned counsel, hereby serve this Response to Plaintiff's Motion to Compel, and state:

1. On May 25, 2010, Plaintiff served a Motion for an Order Compelling Discovery on the basis that Kent and Bullard failed to provide answers to interrogatories. (Doc. 59).

2. Said Defendants served Answers to Interrogatories (without objections) on May 21, 2010. Plaintiff has neglected to inform the Court of this after serving his Motion.

3. The Plaintiff's failure to comply with the requirement to confer with opposing counsel before moving to compel has resulted in a needless expenditure of the Court's time. Federal Rule of Civil Procedure 37(a)(1), Middle District of Florida Local Rule 3.01(g). Undersigned counsel submits that the parties could have conferred in writing, given the Plaintiff's lack of

access to a telephone, although this perhaps needs clarification by the Court. In any event, the Plaintiff's Motion was unwarranted.

Wherefore, Defendants respectfully request this Honorable Court for an Order denying the Plaintiff's Motion to Compel (Doc. 59) and request such other relief as the Court deems just, necessary and proper.

                Respectfully Submitted,

                **BILL MCCOLLUM**
                **ATTORNEY GENERAL**

                s/ Jonathan P. Sanford
                Jonathan P. Sanford
                Assistant Attorney General
                Florida Bar No. 0086400
                OFFICE OF THE ATTORNEY GENERAL
                The Capitol, Suite PL-01
                Tallahassee, Florida 32399-1050
                Telephone - (850) 414-3300
                Facsimile - (850) 488-4872
                jonathan.sanford@myfloridalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: Phillip Daughtry, DC# K53079, Union Correctional Institution, 7819 N.W. 228th Street, Raiford, Florida 32026, on this 9th day of June, 2010.

                s/ Jonathan P. Sanford
                Jonathan P. Sanford