IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PHILLIP DAUGHTRY
DC# K53079
**Plaintiff**,

v.                                    3:09-cv-67-J-32JRK

SGT. KENT, et al.,

**Defendant(s)**,
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The Defendants, by and through undersigned counsel, hereby serve this Response to Plaintiff's Motion to Compel, and state:

1. On May 25, 2010, Plaintiff served a Motion for an Order Compelling Discovery on the basis that Defendants have objected to or failed to produce certain documents sought by Plaintiff. (Doc. 60).

2. The Plaintiff has failed to confer with opposing counsel before moving to compel, contrary to Federal Rule of Civil Procedure 37(a)(1), and Middle District of Florida Local Rule 3.01(g). Undersigned counsel submits that the parties could have conferred in writing, given the Plaintiff's lack of access to a telephone. Plaintiff's desire to go straight to Court despite the Rules has a great propensity to waste the Court's valuable time. In any event, the Plaintiff's Motion was unwarranted.

3. Defendants have assembled the documents requested and will proceed with making arrangements for the Plaintiff to review same. There has not been a failure to comply with Plaintiff's request.

4. Plaintiff also appears to disagree with certain of Defendants' objections to the Request for Production. However, Plaintiff has failed to comply with Local Rule 3.04, Middle District of Florida. Plaintiff does not set out each request for production in dispute, the objection thereto, and the reason his Motion should be granted (other than vaguely stating the objections are "evasive").

Wherefore, Defendants respectfully request this Honorable Court for an Order denying the Plaintiff's Motion to Compel (Doc. 60), and request such other relief as the Court deems just, necessary and proper.

Respectfully Submitted,

**BILL MCCOLLUM**
**ATTORNEY GENERAL**

s/ Jonathan P. Sanford
Jonathan P. Sanford
Assistant Attorney General
Florida Bar No. 0086400
OFFICE OF THE ATTORNEY GENERAL
The Capitol, Suite PL-01
Tallahassee, Florida 32399-1050
Telephone - (850) 414-3300
Facsimile - (850) 488-4872
jonathan.sanford@myfloridalegal.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: Phillip Daughtry, DC# K53079, Union Correctional Institution, 7819 N.W. 228th Street, Raiford, Florida 32026, on this 10th day of June, 2010.

                                        s/ Jonathan P. Sanford
                                        Jonathan P. Sanford